IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–127–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY OMAREL KENNER, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on December 28, 2023.  (Doc. 50.)  Neither party objected and therefore they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Anthony Omarel Kenner's guilty plea after Kenner appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure and entered a guilty plea to one count of

1

possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) (Count 1), and one count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 2), as set forth in the Superseding Information.  Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 50) is ADOPTED in full.

IT IS FURTHER ORDERED that Kenner's motion to change plea (Doc. 40) is GRANTED and Kenner is adjudged guilty as charged in Counts 1 and 2 of the Superseding Information.

DATED this 12th day of January, 2024.

Dana L. Christensen, District Judge
United States District Court