IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY OMAREL KENNER,<br><br>Defendant. | CR 22–127–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the Government's Unopposed Motion for Return of Property to Defendant. (Doc. 63.) Through the Motion, the Government requests that the Court order the return of Defendant Anthony Kenner's $4,285.00. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the Motion (Doc. 63) is GRANTED. The Government shall return Defendant's $4,285.00 cash to Defendant.

DATED this 2nd day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1